IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE CLINE NIMMONS,

    Petitioner,

v.                                       CASE NO. 4:12-cv-00350-MP-CAS

MICHAEL D CREWS, KENNETH TUCKER,

    Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 28, 2013. (Doc. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. This case is dismissed and the Clerk is directed to close the file.

**DONE AND ORDERED** this _23rd_ day of April, 2013

                                                *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge